ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
AUG 28 2006
U.S. COURT OF FEDERAL CLAIMS

**NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.**
7575 Colshire Drive
McLean, Virginia 22102,

Plaintiff,

v.

**UNITED STATES ARMY CORPS OF ENGINEERS**
Baltimore District
10 South Howard Street
Baltimore, Maryland 21201,

Defendant.

Civil Action No. 06-607 C

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Rules of the United States Court of Federal Claims, Plaintiff Northrop Grumman Information Technology, Inc. ("Northrop Grumman") respectfully moves this Court to issue a Temporary Restraining Order restraining the Defendant United States Army Corps of Engineers ("USACE"), its officers, agents, and employees, as well as all other persons in active concert or participation with them, from taking any further actions in furtherance of, or in connection with the notice of intent to award a letter of obligation to the Most Efficient Organization ("MEO") in response to RFP No. W912DR-05-R-0001.

Although Northrop Grumman is filing this Motion for Temporary Restraining Order, it understands that the Court's practice in bid protest cases is to promptly convene an initial status conference under paragraph 8 of General Order No. 38. If the Defendant agrees to maintain the status quo – by agreeing to refrain from taking any action in furtherance of its intent to award the contract to the MEO pending the outcome of this protest – there will be no need for the Court to consider this Motion, and the Court and the parties may proceed to the preliminary injunction stage of this action.

As discussed further in Northrop Grumman's Complaint and its Memorandum of Points and Authorities in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunctive Relief, this contest involves a public-private competition for information management/information technology services for the USACE. The competition was conducted under OMB Circular A-76. The competition was between the MEO and Northrop Grumman. By letter dated June 21, 2006, the USACE notified Northrop Grumman of its intent to award the contract to the MEO. On July 5, 2006, Northrop filed an agency contest challenging the USACE's award decision. The USACE denied the contest on August 17, 2006.

Northrop Grumman has a substantial likelihood of prevailing on the merits of this action by showing that the USACE's proposed award to the MEO violates statutory and regulatory provisions including the Competition in Contracting Act, 31 U.S.C. §§ 3551, *et seq.*, OMB Circular A-76, and the Federal Acquisition Regulation ("FAR"). Northrop Grumman would be the only other eligible offeror if the agency tender had been rejected, as it should have been. Unless this Motion is granted, Northrop Grumman will suffer immediate and irreparable harm from the USACE's actions because

Northrop Grumman will be deprived of its rightful award of the Contract and its ability to make a profit from that award.

Neither the Defendant nor the MEO will suffer any harm from the requested equitable relief. The services sought under the RFP currently are being performed by government employees. Most of these government employees comprise the MEO. These employees can continue to perform their duties during the pendency of the protest.

The public interest demands adherence to applicable procurement statutes and regulations. Thus, the public interest fully supports issuance of the requested relief.

The grounds for this Motion are set forth more fully in Northrop Grumman's Complaint and in the Memorandum of Points and Authorities in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunctive Relief.

WHEREFORE, Plaintiff respectfully requests that the Court issue a Temporary Restraining Order as described above.

William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
WThompson@pecklaw.com

Counsel for Northrop Grumman Information Technology, Inc.

Dated: August 28, 2006

*Of Counsel:*
Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
MBranca@pecklaw.com
Lange@govconlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August 2006, two copies of Plaintiff's Motion for Temporary Restraining Order were delivered to:

J. Reid Prouty, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

William W. Thompson, Jr.

M:\Northrop Grumman\Motion for TRO3.doc