ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.**<br>7575 Colshire Drive<br>McLean, Virginia 22102,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS**<br>Baltimore District<br>10 South Howard Street<br>Baltimore, Maryland 21201,<br><br>Defendant. | ) | FILED<br>AUG 28 2006<br>U.S. COURT OF FEDERAL CLAIMS<br><br>Civil Action No. 06-607 C |

**MOTION FOR LEAVE TO FILE TO FILE UNDER SEAL PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

Pursuant to Appendix C, Rule 4 of the Rules of the United States Court of Federal Claims, Plaintiff Northrop Grumman Information Technology, Inc. ("Northrop Grumman") respectfully moves this Court for leave to file under seal its Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunctive Relief. In its Complaint, Northrop Grumman contests the Defendant United States Army Corps of Engineers' ("USACE") notice of intent to award a contract to the Most Efficient Organization ("MEO") under an OMB Circular A-76 public-private competition. Northrop Grumman has filed Motions for Temporary Restraining Order and Preliminary Injunctive Relief, along with a supporting memorandum of points and authorities.

Northrop Grumman's Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunctive Relief contain confidential and proprietary information regarding Northrop Grumman's proposal, the agency tender, and the USACE's evaluation of the proposals. Disclosure of this information could cause the parties substantial harm.

WHEREFORE, Plaintiff respectfully requests that the Court grant Northrop Grumman leave to file its Complaint and the Memorandum of Points and Authorities in Support of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunctive Relief under seal.

William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
WThompson@pecklaw.com

Counsel for Northrop Grumman Information Technology, Inc.

Dated: August 28, 2006

*Of Counsel:*
Michael A. Branca
Lori Ann Lange
Peckar, Abramson, Bastianelli & Kelley, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
MBranca@pecklaw.com
Lange@govconlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August 2006, two copies of Plaintiff's Motion for Leave to File under Seal Plaintiff's Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunctive Relief; were delivered to:

J. Reid Prouty, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

William W. Thompson, Jr.

M:\Northrop Grumman\Motion for Leave to File Under Seal2.doc