# United States Court of Federal Claims

No. 06-607 C
August 29, 2006

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant.***

**SCHEDULING ORDER**

The court conducted a telephone status conference on Tuesday, August 29, 2006. During the status conference, the following schedule was agreed to:

1. Defendant shall file the administrative record by 5:00 p.m. on Tuesday, September 5, 2006.

2. The court will conduct a telephone status conference on Wednesday, September 13, 2006 at 11:30 a.m. to determine a schedule for further proceedings in this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**