**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | ) | No. 06-CV-607<br>Judge Block |

UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Appendix C, Rule 17 of the Rules of the United States Court of Federal Claims, Plaintiff Northrop Grumman Information Technology, Inc. ("Northrop Grumman") respectfully moves this Court to issue a Protective Order. This bid protest challenges the Defendant's evaluation of the Plaintiff and the Most Efficient Organization's proposal. Certain information that may be disclosed during the pendency of this bid protest is competition sensitive, proprietary, confidential, or otherwise protectable. Disclosure of this information could cause the parties substantial harm.

Counsel for Plaintiff has consulted with counsel for the Department of Justice. Counsel for the Department of Justice has stated that he does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court issue a Protective Order.

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
WThompson@pecklaw.com

Counsel for Northrop Grumman Information Technology, Inc.

Dated: August 30, 2006

*Of Counsel:*
Michael A. Branca
Lori Ann Lange
Peckar, Abramson, Bastianelli & Kelley, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
MBranca@pecklaw.com
Lange@govconlaw.com