IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | No. 06-607C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD

Because the contractor which the Government utilized to duplicate the administrative record made significant errors in its compilation and pagination of the record, we respectfully request that the Court enlarge the time that the administrative record is due by two days, from September 5, 2006 to September 7, 2006. We have discussed this matter with counsel for the plaintiff and represent that he does not object to the Court's granting this motion.

As the Court is aware, during the August 29, 2006 status conference, we expressed our intention to file the administrative record on September 5, 2006. Because of the size of the administrative record, we utilized the services of a document reproduction company to accomplish the job. The full set of copies was provided to us from the reproduction company this afternoon and, upon our inspection of it, we recognized that the pagination was inconsistent with the index and not susceptible to any sort of "quick fix." We have returned the documents to the reproduction company and have been told that the pagination and duplication will be re-accomplished by September 7, 2006. In the meantime, we are providing plaintiff's counsel with an electronic copy of the incorrectly paginated administrative record upon a CD-ROM so that he can begin to familiarize himself with the contents of the record, even if it is not a correctly-

paginated version. The parties believe that this measure will obviate any need to re-schedule the September 13, 2006 status conference earlier set for the case.

For these reasons, we respectfully request that the Court grant this unopposed request for a two-day enlargement of time to file the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRYAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Dated: September 5, 2006

Attorneys for Defendant