IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-607C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

On August 29, 2006, during this case's initial status conference, this Court ordered the defendant to file the administrative record relating to the plaintiff's claim on or before September 5, 2006 and, pursuant to unopposed Government motion, extended that deadline until September 7, 2006. During the initial status conference, the Court agreed to permit the Government to file the administrative record on a CD-ROM (with two paper copies also being provided to the Court), instead of by attachment to an electronic filing because the volume of the record made the number of prospective attachments too large to be practicably filed. Additionally, on August 31, 2006, the Court issued a protective order in this case.

Accordingly, we are delivering to the Court two paper copies of the administrative record and three CD-ROMs containing the administrative record in electronic form. The administrative record, consisting of 14 volumes, contains proprietary material designated as "Protected Material" pursuant to the protective order. Accordingly, to ensure that the protected material is not disclosed improperly, the record should be filed and maintained under seal pursuant to the Court's protective order issued in this case.

For these reasons, defendant notifies the Court of the filing of the administrative record

under seal.

The undersigned counsel of record has, concomitantly, served plaintiff, Northrop Grumman Information Technology, with a complete copy of the administrative record in both paper and CD-ROM formats.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Dated: September 7, 2006

Attorneys for Defendant