# United States Court of Federal Claims

No. 06-607 C
September 13, 2006

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant.***

**SCHEDULING ORDER**

The court conducted a telephone status conference on **Wednesday, September 13, 2006**. During the status conference, the following schedule was agreed to:

1. Defendant shall file additional documents to the administrative record by **12:00 noon on Thursday, September 21, 2006**.

2. Plaintiff may file a motion to supplement the administrative record by **5:00 p.m on Monday, September 25, 2006**.

3. Defendant may file its response by **12:00 noon on Monday, October 2, 2006**.

4. Plaintiff may file its reply by **5:00 p.m. on Wednesday, October 4, 2006**.

5. The court will hear oral argument on the above-referenced motion at **11:00 a.m. on Thursday, October 12, 2006**. The argument shall take place at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*
**Lawrence J. Block**
**Judge**