**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | No. 06-607 C |
| | ) | (Judge Block) |
| Defendant, | ) | |
| and | ) | |
| LOCKHEED MARTIN SERVICES, INC. | ) | |
| Movant for Intervention for a Limited-Purpose. | ) | |

**LOCKHEED MARTIN'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, movant for intervention for a limited purpose, Lockheed Martin Services, Inc. ("Lockheed Martin"), respectfully states that it is a wholly-owned subsidiary of Lockheed Martin Corporation.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:

LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006

*Counsel for Intervenor, Lockheed Martin Services, Inc.*
September 15, 2006