# United States Court of Federal Claims

No. 06-607 C
September 20, 2006

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant.***

**SCHEDULING ORDER**

On September 15, 2006 Lockheed Martin Services, Inc. ("Lockheed") filed a Motion to Intervene for a Limited Purpose in this matter**.** The court conducted on Tuesday, September 19, 2006 a telephone status conference with the parties to discuss the motion**.** During the status conference, the following schedule was agreed to:

1. Lockheed may file by **Monday, September 25, 2006** its brief and supplemental papers in support of its motion for intervention for a limited purpose.

2. Plaintiff may file its response by **Friday, September 29, 2006**. Defendant may file its response, if any, by the same day.

3. The court will hear oral argument on the above-referenced motion at **2:00 p.m. on Thursday, October 5, 2006**. The argument shall take place at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

4. The Clerk of the Court shall allow Lockheed to intervene for the purposes of filing its papers and appearing before the court in support of its motion to intervene for a limited purpose.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**