IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | No. 06-607C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE SUPPLEMENT TO ADMINISTRATIVE RECORD

Because the contractor which the Government utilized to duplicate the supplement to the administrative record only delivered it at 11:50 a.m. this morning, which has not permitted us the opportunity to assemble it into tabbed binders; perform even a cursory review of the record; and provide it to our messenger in time for the noon court run, we respectfully request that the Court grant an enlargement until the close of business today for the filing of the Supplement to the Administrative Record. The Court's September 13, 2006 order directed that the Supplement to the Administrative Record be filed prior to noon today. We attempted to comply with this order and were informed by our contractor that the record would be provided earlier this morning. When the record had not arrived at the time promised, we made several attempts to ensure that the record was delivered in time to file as directed. We do not yet know why it was not delivered in a timely way. We have spoken with plaintiff's counsel and represent that he does not oppose this motion.

For these reasons, we respectfully request that the Court grant this unopposed request for a enlargement of time to file the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Dated: September 21, 2006

Attorneys for Defendant