IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-607C

(Judge Block)

DEFENDANT'S NOTICE OF FILING SUPPLEMENT TO ADMINISTRATIVE RECORD

During a status conference held on September 13, 2006, this Court ordered the defendant to file any supplement to the administrative record relating to the plaintiff's claim on September 21, 2006. The Court also agreed to permit the Government to file the administrative record on a CD-ROM (with two paper copies also being provided to the Court), instead of by attachment to an electronic filing because the volume of the entire record made the number of prospective attachments too large to be practicably filed. Additionally, on August 31, 2006, the Court issued a protective order in this case.

We have also discovered that several pages of the originally-filed administrative record are illegible and should have been duplicated in color. We provide those pages, now properly duplicated, under a separate tab at the end of the binder containing the supplement to the administrative record to substitute for those pages previously provided to the Court.

Accordingly, we are delivering to the Court two paper copies of the supplement to the administrative record and three CD-ROMs containing the administrative record in electronic form. The supplement to the administrative record, consisting of one volume, contains proprietary material designated as "Protected Material" pursuant to the protective order.

Accordingly, to ensure that the protected material is not disclosed improperly, the record should be filed and maintained under seal pursuant to the Court's protective order issued in this case.

For these reasons, defendant notifies the Court of the filing of the supplement to the administrative record under seal.

The undersigned counsel of record has, concomitantly, served plaintiff, Northrop Grumman Information Technology, with a complete copy of the supplement to the administrative record in both paper and CD-ROM formats.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Dated: September 21, 2006

Attorneys for Defendant