# In the United States Court of Federal Claims

**06-607 C**

**Filed: September 21, 2006**

**NORTHROP GRUMAN INFORMATION, TECHNOLOGY**

**v.**

**THE UNITED STATES**

SUPPLEMENT TO THE
ADMINISTRATIVE RECORD
RECORD VOLUME I (WITH CD-ROM)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.