FORM 10
APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

# United States Court of Federal Claims

| | | |
|---|---|---|
| Northrop Grumman Information Technology, | ) | |
| Plaintiff, | ) | No. 06-607 |
| v. | ) | Judge Block |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a Expert Consultant with Lincoln Insight and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Peckar Abramson, Bastianelli & Kelley, LLP and will, under the direction and control of William W. Thompson, Jr., assist in the representation of Northrop Grumman IT in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advance.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:

a. a current resume describing my education and employment experience to date;

b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;

c. a statement of the services I am expected to perform in connection with this proceeding;

d. a description of the financial interests that I, my spouse, and/or my family has in any entity

that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

e. a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

f. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for (See Attachment) when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to (See Attachment) nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

[signature] 9/27/06

Signature | Date Executed

Ann Benson

Typed Name and Title

703-663-8494

Telephone Number

703-663-8494

Fax Number

[signature] 9/27/06

Signature of Attorney of Record | Date Executed

William W. Thomspon, Jr. Partner

Typed Name and Title

202-293-8815

Telephone Number

202-293-7994

Fax Number

**ATTACHMENT TO APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

Pursuant to Paragraph 5,

a. Attached hereto is a current resume;
b. Clients and assignments are included in resume;
c. I expect to assist Northrop Grumman's counsel in understanding the application of the requirements of OMB Circular A-76 to this competition, and to review the relevant sections of the administrative record and provide an opinion as to whether the USACE's evaluation of the proposals was consistent with A-76, the Request for Proposals and the Performance Work Statement, and to compare the solutions of the MEO and Northrop Grumman;
d. None;
e. None;
f. None.

Pursuant to Paragraph 7, for a period of two years after the date this application is granted, I, Ann Benson, will not engage or assist a private contractor or Most Efficient Organization ("MEO") in the preparation of a proposal to be submitted to any agency of the United States government for Information Management/Information Technology ("IMIT") services in an A-76 competition if I know or have reason to know that any party to this proceeding (*i.e.,* Northrop Grumman, the MEO or Lockheed Martin) or any successor entity, will be a competitor, subcontractor, or teaming member.

Pursuant to Paragraph 8, for a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to the United States Army Corps of Engineers in an IMIT A-76 competition, nor will I have any personal involvement in any such activity. However, I understand that I will not be precluded from assisting a federal agency in the development of acquisition documents such as an RFP or PWS (not a proposal) for an A-76 competition.

**ANN BENSON**
**Management Consultant**

Ms. Benson has extensive experience in management consulting and business across a variety of industries including federal civilian agencies, the Department of Defense, defense agencies, banking, and retailing. She has experience managing complex consulting engagements involving competitive sourcing, change management, organizational assessment, OMB Circular A-76 competitions, business process reengineering, and human capital management. Since 1995, Ms. Benson has applied her consulting expertise in competitive sourcing, A-76 competition support, privatization, and human capital management. She is an expert in financial and economic analysis and has extensive experience in preparation of agency tenders utilizing the COMPARE software. Ms. Benson is also a frequent speaker at conferences on a range of competitive sourcing and human capital management issues and has co-authored a nationally recognized book, *The Human Resources Role in Managing Organization Change*, FPMI. Ms. Benson is also an experienced course instructor.

**KEY SKILL AREAS:**

- Competitive sourcing program support/training
- Preliminary planning
- PWS/QASP development
- Source selection support
- Agency tender development / COMPARE
- Post competition accountability
- Privatization
- Strategic planning
- Change management
- Business process improvement/reengineering
- Human capital management
- Workforce analysis
- Business case analysis
- Activity-based costing/management

**EXPERIENCE:**

**Vice President, Management Consulting**
Quasars, Incorporated, Washington, DC, April 2004-May 2006

DEPARTMENT OF TRANSPORTATION, Office of Competitive Sourcing Program Support, July 2005 to May 2006:

- Program manager for a team of seven consultants supporting all aspects of competitive sourcing (CS) program support: including CS policy development; competition planning; and FAIR Act and inherently governmental inventory policy, training and development;
- Team recognized by DOT leadership as instrumental in achieving green status and in securing and unprecedented 16 checkmarks on the PMA scorecard
- Developed a Post-Competition Accountability Guidebook for DOT that is published on the Defense Acquisition University website; prepared and delivered training to DOT operating administrations
- Developed an approach for directly linking strategic management of human capital and competitive sourcing that culminated in DOT undertaking a pilot project to implement the approach

DEPARTMENT OF JUSTICE, Justice Management Division, Operations Services Staff (OSS) A-76 Agency Tender Consulting Support, approximately 220 FTE and 100 on-site contractors, December 2005 to May 2006:

- Program/Project Manager for six-member consulting team and a five-member core client team and 22-member extended team
- Developed and adjusted a comprehensive project plan to meet the changing acquisition schedule
- Provide advice on use of and selection of the private sector teaming partners
- Facilitated workshops to train, inform, and gather information from the extended MEO team

- Coordinated data collection and information on the current operations
- Developed and deployed a knowledge management system to facilitate document management and information sharing in a secure environment

DEPARTMENT OF STATE, Office of the Procurement Executive Program Support; October 2005-May 2006:

- Program Manager for a team of five consultants supporting four key programs: (1) grants management during the conversion and installation of the new DOS and USAID –wide financial assistance management system, (2) the purchase card program, (3) strategic sourcing program, and (4) e-commerce.

DEPARTMENT OF LABOR, Office of Competitive Sourcing, Program Support; December 2004 - May 2006:

- Program manager for six-member consulting team including two independent contractors
- Provided competitive sourcing program support in the areas of planning communications, advisory and assistance services, training, contests and competition management
- Specific tasks include developing the FAIR Act Inventory and developing and implementing a Competitive Sourcing Strategic Plan. This work also includes preliminary planning, streamlined and standard competition support

DEPARTMENT OF LABOR, Office of the Assistant Secretary for Administrative Services, Installation Services A-76 Competition; 64 FTE in 11 locations; Preliminary Planning, PWS, and Agency Tender Development Support

- Program Manager for six-member team
- Key issues were determination of inherently governmental functions and handling of persons with disabilities

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, Preliminary Planning and Streamlined Competition for four FTE and two contractors in the Facility Management Division, June 2005-March 2006:

- Program Manager for a team of three consultants conducting USAID's first competition; intent was to use this as the model for future competitions
- Team worked through significant resistance to competitive sourcing to successfully complete this competition

DEPARTMENT OF INTERIOR, Office of the Secretary, Competitive Sourcing Center of Excellence, Program support and A-76 consulting services, May 2005-May 2006

- Program Manager for a team of consultans providing general program support, FAIR Act Inventory support, and competition support
- Conducted preliminary planning and two streamlined competitions

DEPARTMENT OF INTERIOR, Bureau of Reclamation, four separate streamlined competitions for Job Corps Centers and FAIR Act Inventory Support, September 2005 - December 2005:

- Program Manager for six member consulting team to complete four streamlined competitions in less than 90 days
- Provided FAIR Act Inventory guidance, training, and technical support

DEPARTMENT OF LABOR, Division of Energy Employees Occupational Illness Compensation (DEEOIC), two streamlined with MEO competitions, April 2005-July2005:

- Program/Project Manager for three-member consulting team

- Project Lead for MEO development

DEPARTMENT OF STATE, Administration Bureau, Office of Multi-Media Services; Performance Work Statement development, approximately 175 FTE and 24 contractors in the US, Manila and Vienna; December 2004-May 2006:

- Project manager for six-member consulting team and six-member client team
- Developed and instructed "just-in-time" training for PWS Team
- Facilitated decision making workshops to develop acquisition strategy and performance requirements and standards
- Structured data collection and requirements format

DEPARTMENT OF STATE, Human Resources Assignment Technicians, 16 FTE, Preliminary Planning and PWS development Support, December 2004-May 2006:

- Program/Project Manager
- Conducting stakeholder interviews, collecting data to determine viable competition strategy
- Conducted the initial price analysis and cost realism

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Shared Services Competition, Agency Tender Development Support, September 2004 ongoing; consolidating selected functions from human resources, financial management, and IT from ten centers to one to establish the NASA Shared Services Center; approximately 539 FTE, 600 contractors:

- Project manager for six-member consulting team and eleven-member client team to develop agency cost estimate, personnel compensation approach
- Provided strategic thinking and analysis for site determination, technical and cost proposal strategy
- Providing A-76 advisory and consulting services during source selection
- Supporting tasks during pre-award transition actions

DEPARTMENT OF JUSTICE, Justice Management Division, Operations Services Staff (OSS) A-76 consulting services in support of OSS competition, approximately 220 FTE, October 2004-January 2005:

- Worked closely with OSS senior leadership to develop a Competitive Sourcing Strategic Approach for the Operations Services Staff competition
- Established competition management structure
- Identified and interviewed key stakeholders to understand issues that might impact a competition
- Prepared and delivered briefings for senior leadership on strategic approach
- Presented competitive sourcing overview to employees
- Identified conflicting legal policies
- Developed project schedules

DEPARTMENT OF STATE, Competitive Sourcing Program Office Support, April 2004-December 2005; consulting support to establish and maintain a competitive sourcing program:

- Provided on-going program support, including policy development, competitive sourcing project scheduling and planning, and budget planning and tracking
- Supported streamlined competition preliminary planning
- Supported development of a department-wide human resources advisor approach and a soft landing strategy for affected employees
- Supported 647 reporting
- Supported FAIR Act and Inherently Governmental Inventory development

DEPARTMENT OF STATE, Multi-Media Services preliminary planning support, approximately 300 FTE, April 2004-December 2004:

- Conducted strategic planning to include a market assessment with a domestic and international survey
- Supported packaging of the functions/FTE for competition
- Supported development of preliminary competition schedule
- Supported development of baseline costs

**Management Consultant**
BAE Systems, Federal Business Solutions, Crystal City, Virginia, October 2003-April 2004; key projects include:

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Shared Services Competition Agency Tender Development Support, February-April 2004; consolidating selected functions from human resources, financial management, and IT from 10 centers to one to establish the NASA Shared Services Center; approximately 539 FTE, 600 contractors

- Project manager for 8-member consulting team and 11-member client team
- Began assessment of current operations and benchmarking of shared services
- Coordinated team to attend an national shared service conference to better understand shared services and to network with industry for potential teaming partners

DEPARTMENT OF AGRICULTURE, Forest Service, October-November 2003; provided source selection support to the contracting officers for the Region 5 Fleet Maintenance and Roads Maintenance competitions

- Prepared an initial and final price analysis to evaluate private sector offers and the Agency Tender with the Independent Government Estimate
- Conducted review of Agency Tender to evaluate cost realism; this included a comprehensive review of the cost documentation

**Management Consultant**
JUPITER CORPORATION, Business Solutions Group, Wheaton, Maryland, June 2002-September 2003; key projects include:

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, July-December 2003; competitive sourcing program support

- FAIR Act Inventory appraisal and evaluation; identification of competitive sourcing candidates; developed standardized nomination and selection process
- Supported development of a 5-year Competitive Sourcing Strategic Plan and implementation plan

DEPARTMENT OF ENERGY, Office of Competitive Sourcing/A-76, June 2002-September 2003; consulting support to establish and maintain a competitive sourcing program:

- Provided guidance in developing competitive sourcing policy; including identification of roles and procedures to mitigate conflict of interest issues
- Identifying and evaluating best practices and lessons learned for inclusion in DOE policy and program execution
- Providing program management to support execution of seven FY 2002 competitive sourcing studies
- Developing teaming relationships with multiple support consultants to ensure DOE will have appropriate consultant support without concerns for conflict of interest
- Developing Competitive Sourcing Guidebook for HR
- Developing costing guidance to supplement the DOD Costing Guide

DEPARTMENT OF ENERGY, Financial Services A-76 Study, July 2002-ongoing; study involves four activities with 150 FTE in multiple sites; the government MEO won the competition:

- Performed as Program Manager for agency tender development
- Served as an MEO Team advisor and facilitated issue resolution
- Performed comprehensive agency tender documentation review to ensure compliance with the Solicitation and OMB Circular A-76

DEPARTMENT OF ENERGY, Civil Rights Review Streamlined Competition, 8 FTE; August 2002–March 2003:

- Project Manager for Business Case Analysis, PWS development, and acquisition support.
- When lack of available industry cost data would not support development of Business Case Analysis, worked with contracting office to develop alternative strategy for conducting "cost comparison" necessary to make Direct Conversion decision
- Conducted market research and developed down-select protocol to use GSA schedules to streamline acquisition process

DEPARTMENT OF COMMERCE, National Oceanic and Atmospheric Administration, National Weather Service Telecommunication Gateway, Independent Review Support; February-March 2003:

- Performed exhaustive review of all documentation and supporting materials to verify government is in compliance with all applicable guidance and regulations governing competition process
- Reviewed currency, reasonableness, accuracy, completeness, and traceability of the business process reengineering and operational approach used to develop government's "to be" organization
- Documented findings; prepared briefings to senior leadership; facilitated issue resolution

DEPARTMENT OF ENERGY, Visual Information Services A-76 Study, 13 FTE at two locations, August 2002-March 2003; Performance Work Statement (PWS) development and acquisition support:

- Performed as Project Manager for PWS development and acquisition support
- Worked with the PWS Team to develop an acquisition strategy and PWS to maximize customer satisfaction and government cost efficiencies
- Worked successfully to collect necessary data when Unions prohibited employee involvement
- Conducted market research and developed down-select protocol for using GSA Schedules in A-76 Study process to streamline acquisition process

**Management Consultant**
BOOZ ALLEN HAMILTON, INC, Organization and Management Team, McLean, Virginia, April 1997-May 2002; specialized in economic and financial analysis for strategic sourcing and privatization efforts. Key projects include:

DEPARTMENT OF TREASURY, Internal Revenue Service, October 2001-May 2002; consulting support to establish and maintain a competitive sourcing program

- Provided thought leadership in developing the agency's strategic plan, including a new five-step process that emphasizes prudent selection of competitive sourcing targets as a key to success
- Worked with the IRS Communications Team to develop and implement an effective communications plan to ease the fear of the unknown for the workforce and encourage employee participation in the process
- Provided program support, including policy development, competitive sourcing project scheduling and planning, and budget planning and tracking

DEPARTMENT OF VETERAN'S AFFAIRS, Property Management Services A-76 Study, July 1999–May 2002; nationwide effort involving 46 offices, an annual average of over 24,000 residential properties valued at over $2B, with an annual operating budget of well over $100M

- Performed as Project Manager for five consultants and 10 client representatives from across the country
- Worked as an integral part of the client team to develop a performance-based, outcome-oriented work statement, developed performance measures and a quality control plan, designed the most efficient organization (MEO) to compete with industry; priced the government's bid
- Defined business objectives and a concept of operations, conducted industry research, reengineered business processes, designed the organizational structure, and created detailed staffing requirements and cost projections
- Facilitated data-driven decision making with structured analysis and evaluated alternatives using automated cost models
- Charted the change management process; prepared the client to operate successfully with fewer resources
- Providing on-going support for technical leveling, appeals, and transition planning
- Managing client expectations, project financials, deliverables, contract modifications, and project staffing

DEFENSE LOGISTICS AGENCY, Document Automation and Production Service A-76 Study, July 2000–September 2001; nationwide effort involving 249 sites, 1,320 FTE, operating revenue and expenses of $380M; the government MEO won the competition

- Performed as Management Plan Project Lead for team of four consultants and 10 client team members
- Conceptualized the development of a production staffing model that considered type and volume of work, machine type and speed, production processes, and number of shifts to establish staffing levels
- Facilitated creation of a "virtual print shop" that enabled the MEO to reduce the number of manned sites from 249 to 120
- Facilitated MEO partnering with industry to provide capital equipment reducing the cost by more than 50%
- Evaluated the feasibility of partnering with NISH/NIB to reduce costs or to exempt the organization from competition
- Reduced administrative overhead by centralizing key operations
- Produced a five-year cost savings of 50% over the existing organization
- Worked successfully in an environment characterized by resistance and mistrust to ensure project completion

DEPARTMENT OF NAVY, Household Goods/Personal Property Operations A-76 study, July 1998-July 1999; series of five regional A-76 studies, 200 FTE; the government MEO won all competitions

- Performed as overall Program Manager coordinating multiple teams, multiple clients, multiple locations
- Identified and raised sensitive issues to senior leadership
- Developed study templates to reduce the time and expense for conducting subsequent studies 2-5
- Designed a unique strategy to handle inherently governmental duties imbedded in commercial activities while preserving the integrity of the function; the strategy was challenged and subsequently validated during the appeals process

NAVY REGION SOUTHWEST, Child Care A-76 Study, July 1997-January 1999; this complex and highly political study encompassed 600 FTE working in 12 major Navy and Marine Corps activities and

represented the first major regional A-76 study performed for the Navy; the government MEO won the competition

- Performed all aspects of this study from PWS development, Schedule B, and Incentive Fee Award Plan, MEO development, In-house Cost Estimate, technical leveling and transition support
- Identified management, policy, and study issues; developed waivers where necessary
- Conducted a detailed management and cost analysis of all aspects of the program; current and projected enrollment demand, facility utilization, staffing, materials, equipment, consumables, fee revenue, and subsidies
- Conceptualized and developed an automated staffing and costing model to aid the client in making decisions
- Translated industry best practices and "model of the nation" standards into workable organization strategies
- Developed a tracking system to accurately reflect enrollment demand and manage child care availability
- Produced a five-year cost-savings of an estimated 31% percent; expanded available child care spaces by 35%, resulting in a 44% reduction in the cost of child care on a per child basis
- Completed study to tentative decision within 14 months; no appeals or protests were filed
- Prepared budget guidance for implementation of new organization; supported post-MEO audit
- Resulted in a universal organizational model adopted Navy-wide
- Project nominated for Firm's most prestigious award, the Professional Excellence Award

DEPARTMENT OF THE ARMY, Community and Family Support Center, Child and Youth Services, Sept 1999-January 2000; provided a variety of program support to the national headquarters

- Worked with the client to develop a comprehensive business approach that reduced the cost of child and youth services and set the stage for the Army to determine that it would not compete child and youth services
- Evaluated using an Employee Stock Ownership Plan as a mechanism for outsourcing child and youth services

**Economic Analyst**
BTG INCORPORATED, Delta Research Division, Niceville, Florida, September 1995-March 1997

- Prepared economic and financial analyses, including site visits, data collection, model building, model validation, technical writing, and client presentations
- Collaborated on a comprehensive financial/legal feasibility study of authorities available in newly passed privatization legislation for Lackland AFB; contribution recognized with spot bonus
- Specialized expertise in analysis of military housing privatization emphasizing financial pro forma analysis; lead analyst for the Army Capital Venture Initiative Team
- Developed a customized application using Visual Basic for Applications for a complex MSExcel pro forma financial model to enable analysts to perform "what if" analysis quickly
- Participated in the software development of a cost risk module for an environmental clean-up parametric cost estimating program

**Computer Specialist**
TYBRIN CORPORATION, Eglin AFB, Florida, June 1994-September 1995

- Proposed, designed and implemented a relational database inventory system for computer hardware/software to aid management in computer resource purchase, allocation, maintenance and disposition
- Nominated for Contractor Personnel of the Year 1994

TRAINING

- Experienced course developer and instructor for Independent Review Officer, Performance Work Statement, Most Efficient Organization, Union Briefing, Human Resources Role in Managing Organization Change, and COMPARE
- Certified Air Force Instructor

CO-AUTHORED BOOK: "The Human Resources Role in Managing Organization Change," which was initially published in September 2000 by FPMI Communications and a second edition was published in 2003

Since 2001, Ms. Benson has been recognized as a key thought leader in linking human capital management and competitive sourcing and is a frequent speaker on these topics. Some of her recent training and speaking engagements include:

- Office of Personnel Management, Eastern Management Development Center Seminar June 2005 and February 2006, Implementing Change, Considerations in Creating the Most Efficient Organization, and Building the Agency Cost Estimate
- USDA Graduate School Instructor, The HR Role in Competitive Sourcing, 2005 and 2006
- Performance Institute, HR Innovations 2004 Conference, Linking Human Capital Planning and Competitive Sourcing
- Performance Institute, HR Innovations 2004 Conference, Recruiting, Retaining, Motivating and Rewarding the Government Workforce, The HR Role in Competitive Sourcing, June 30, 2004
- OPM Eastern Management Development Center , June 16, 2004, Competitive Sourcing, Considerations in Creating the Most Efficient Organization
- Federal Acquisition Conference and Expo, June 2, 2004, Competitive Sourcing and Human Capital Planning
- Government Performance Summit, March 5, 2004, Linking Competitive Sourcing to Human Capital Management
- FPMI, September 30, 2003, The Human Resources Role in Competitive Sourcing
- Department of State HR Forum, November 18, 2003, The Human Resource Advisor Role in Competitive Sourcing
- Performance Institute, November 4, 2003, Understanding the New Provisions of OMB Circular A-76 and how they Relate to HR

**EDUCATION**

BAYLOR UNIVERSITY, Waco, TX, **B.B.A. Economics/ Computer Information Systems,** 1981
Who's Who in American Colleges and Universities, Student Body Vice President, University Council President, Omicron Delta Kappa Outstanding Sophomore