# United States Court of Federal Claims

**No. 06-607 C**
**October 2, 2006**

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant.***

**ORDER**

On September 15, 2006, Lockheed Martin Services, Inc. ("Lockheed") pursuant to RCFC 24(a) filed a Motion to Intervene for a Limited Purpose in the above captioned matter. The court, on September 20, 2006, granted Lockheed permission to participate in such proceedings affecting its limited intervention status. Thereafter, on September 25, 2006, Lockheed filed its brief and supplemental papers in support of its motion for intervention for a limited purpose.

On September 29, 2006, plaintiff filed both a sealed and redacted versions of its response. On October 2, 2006, Lockheed's attorney telephoned the court and orally applied for access to the sealed version of plaintiff's response. In its application Lockheed asserted that the protective order the court issued on August 31, 2006, prohibits Lockheed from viewing materials under seal. Lockheed also indicated that its application was unopposed by plaintiff and defendant.

Lockheed's application for access to the sealed version of plaintiff's response is hereby GRANTED.

**IT IS SO ORDERED.**

s/ Lawrence J. Block
**Lawrence J. Block**
**Judge**