IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | No. 06-607C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In our October 25, 2006 Joint Status Report, we indicated that the parties would jointly propose a briefing schedule for the remainder of this case subsequent to the conclusion of the depositions ordered by the Court. The depositions were conducted on November 2, 2006 and the parties now propose the following briefing schedule for the dispositive motions in this case:

Plaintiff's motion for judgment on the administrative record: November 21, 2006.

Government's cross-motion for judgment on the administrative record: December 7, 2006.

Plaintiff's reply brief: December 14, 2006.

Government's reply brief: December 21, 2006.

We note that this schedule is premised upon the assumption that plaintiff's expert will be admitted under the protective order by November 8, 2006. If the expert is not admitted by this date, the parties may need to revisit the proposed schedule for this matter because plaintiff believes that expert assistance is necessary to the drafting of its motion for judgment on the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: November 3, 2006