# United States Court of Federal Claims

**No. 06-607 C**
**November 7, 2006**

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant*,**

**and**

**Lockheed Martin Services, Inc.,**

***Intervenor.***

**ORDER**

On September 27, 2006, plaintiff filed an application for access to information under the Court's Protective Order for Ms. Ann Benson, an expert consultant. On September 29, 2006, the Court granted intervenor's Motion to Stay Application of Section 2(b) of the Court's Protective Order pending resolution of intervenor's Motion to Intervene for a Limited Purpose. On November 7, 2006, the Court granted intervenor's Motion to Intervene.

Accordingly, the stay on the Application of Section 2(b) of the Court's Protective Order is **LIFTED**. Ms. Benson shall be permitted access to information under the Protective Order, without further action by the court, at the close of business **Thursday, November 9, 2006**, unless, in the interim, any party informs plaintiff of an objection. Should such an objection arise, the parties are to follow the procedure set forth in Section 2(b) of the Court's Protective Order.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge