IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | No. 06-607C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO RE-SET BRIEFING SCHEDULE

In our November 3, 2006 Joint Status Report, we jointly proposed a briefing schedule for the remainder of this case subsequent to the conclusion of the depositions ordered by the Court. Subsequent to that joint status report, the parties have begun tentative discussions regarding the possibility of settlement. These discussions will prevent counsel from plaintiff from being able to complete his opening brief at the time earlier proposed. Accordingly, the parties now propose the following revised briefing schedule for the dispositive motions in this case:

Plaintiff's motion for judgment on the administrative record: November 28, 2006.

Government's cross-motion for judgment on the administrative record: December 14, 2006.

Plaintiff's reply brief: December 22, 2006.

Government's reply brief: January 16, 2007.

Argument to be held at any subsequent date convenient to the Court.

The significant amount of time between the plaintiff's reply brief and the Government's reply brief is due to Government counsel's previously-scheduled holiday travel plans outside of the country.

Accordingly, we respectfully request that the Court grant this joint motion and re-set the briefing deadlines in this case as provided herein.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: November 16, 2006