IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS**<br><br>Defendant. | Civil Action No. 06-0607<br>Judge Block |

**PLANTIFF'S UNOPPOSED MOTION FOR RELIEF FROM PAGE LIMITATION**

Pursuant to RCFC 5.2 (b)(1) and 7 (b), Plaintiff Northrop Grumman Information Technology, Inc. ("Northrop Grumman") hereby moves this Court to issue an Order permitting Northrop Grumman to submit a memorandum in support of its motion for summary judgment that exceeds the 40 page limitation under RCFC 5.2 (b)(1). Northrop Grumman respectfully requests permission to file a memorandum not to exceed 55 pages.

The grounds for Northrop Grumman's motion are as follows:

1. This case raises multiple complex factual and legal issues, including issues of first impression, that cannot be fully briefed within the page limitation under RCFC 5.2 (b)(1).
2. Northrop Grumman has asserted seven Claims for Relief in its Complaint that cannot be fully briefed within the page limitation under RCFC 5.2 (b)(1).

3. The Administrative Record in this case consists of approximately 10,000 pages. Presenting a complete statement of the case is not feasible within the page limitation under RCFC 5.2 (b)(1).

4. Counsel for Defendant does not oppose this motion.

WHEREFORE, for good cause shown, Northrop Grumman respectfully requests that the Court grant the foregoing motion.

s/ William W. Thompson, Jr.________
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
WThompson@pecklaw.com

Counsel for Northrop Grumman Information
Technology, Inc.

Dated: November 21, 2006

*Of Counsel:*
Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
MBranca@pecklaw.com
Lange@govconlaw.com