# United States Court of Federal Claims

**No. 06-607 C**
**November 21, 2006**

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant,***

**and**

**Lockheed Martin Services, Inc.,**

***Intervenor.***

**SCHEDULING ORDER**

On November 16, 2006, the parties filed a joint motion requesting adoption their proposed, revised schedule for further proceedings. The parties' joint motion is GRANTED. Accordingly,

1) Plaintiff may file a Motion for Judgment on the Administrative Record no later than **Tuesday, November 28, 2006**.

2) Defendant may file a Cross-Motion for Judgement on the Administrative Record and its Response to Plaintiff's Motion for Judgment no later than **Thursday, December 14, 2006**.

3) Plaintiff may file its Response to Defendant's Cross-Motion for Judgment and its Reply to Defendant's Response to Plaintiff's Motion for Judgment no later than **Friday, December 22, 2006**.

4) Defendant may file its Reply to Plaintiff's Response to Defendant's Cross-Motion for Judgment no later than **Tuesday, January 16, 2007**.

5) The court will hear oral argument on the above-referenced cross-motions at **2:00 p.m. on Thursday, February 8, 2007**. The argument shall take place at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**