IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>Defendant. | ) | Civil Action No. 06-0607<br>Judge Block |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Plaintiff Northrop Grumman Information Technology, Inc. ("Northrop Grumman") hereby respectfully requests that the Court permit a modification to the briefing schedule in this case that would not affect the dates for either the final reply brief or oral argument, as set forth in the Court's Scheduling Order of November 21, 2006, and would extend only the dates for filing the earlier briefs. The undersigned counsel for Northrop Grumman has discussed this motion with counsel for the Government and is authorized to state that the Government does not oppose the motion.

In their Joint Motion to Re-Set Briefing Schedule, the parties requested that the briefing schedule be modified because the parties' tentative discussions regarding the possibility of settlement had impacted the ability of plaintiff's counsel to complete his opening brief. Since then, the parties and their counsel have continued their efforts to explore the possibility of settlement, and such efforts are ongoing. This has required counsel to devote his time and resources accordingly, at

the expense of preparing plaintiff's opening brief. This, coupled with the impending Thanksgiving holiday, have led counsel to request that the briefing schedule be modified as follows (proposed modified dates in bold):

| | |
|---|---|
| Plaintiff's motion for judgment: | **December 1, 2006** |
| Government's cross motion: | **December 18, 2006** |
| Plaintiff's reply brief: | **January 4, 2006** |
| Government's reply brief: | January 16, 2007 |
| Oral argument: | February 8, 2007 |

WHEREFORE, for good cause shown, Northrop Grumman respectfully requests that the Court grant the foregoing motion and modify the briefing deadlines in this case.

Dated: November 22, 2006

s/ William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
WThompson@pecklaw.com

Counsel for Northrop Grumman Information Technology, Inc.

*Of Counsel:*
Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)
MBranca@pecklaw.com
Lange@govconlaw.com