IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>) No. 06-607C<br>)<br>) (Judge Block)<br>)<br>) |

JOINT STATUS REPORT

Pursuant to the Court's December 1, 2006 order, the parties respectfully file this Joint Status Report to apprize the Court of the status of the settlement negotiations.

At this time, the negotiations continue, written proposals have been exchanged, and the parties believe that they are making progress. Because of the upcoming holiday season and the anticipated travel of individuals associated with these discussions, the parties do not believe the matter will be finally resolved before the New Year. Accordingly, we propose that the Court continue the stay earlier entered in this case and further propose that the parties file a status report with the Court by January 12, 2007, informing it of the progress of the discussions, unless either of the parties determines that events merit an earlier status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: December 15, 2006