# United States Court of Federal Claims

**No. 06-607 C**
**December 18, 2006**

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant,***

**and**

**Lockheed Martin Services, Inc.,**

***Intervenor.***

**ORDER**

On December 15, 2006, the parties filed a joint motion requesting that the Court suspend proceedings in this matter while the parties engage in settlement discussions. The parties' joint motion is **GRANTED**. Accordingly, the proceedings in this matter are **STAYED** until **Friday, January 12, 2007**.

Further, the parties shall file a joint status report with the Court by **Friday, January 12, 2007**, informing the Court of their progress in settlement discussions and how they wish to proceed in this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**