IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-607C |
| v. | ) | |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 18, 2006 order, the parties respectfully file this Joint Status Report to apprize the Court of the status of the settlement negotiations.

We are pleased to inform the Court that the parties have made significant progress towards settling this case. We anticipate that certain additional details regarding the proposed settlement will be addressed within the next week, rendering it suitable for consideration by the appropriate settlement approval authorities at the Department of the Army and the Department of Justice shortly thereafter. Accordingly, we propose that the Court continue the stay earlier entered in this case and further propose that the parties file a status report with the Court by February 2, 2007, informing it of the progress of the discussions, unless either of the parties determines that events merit an earlier status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: January 12, 2007