# United States Court of Federal Claims

**No. 06-607 C**
**January 12, 2007**

**Northrop Grumman Information Technology, Inc.,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant*,**

**and**

**Lockheed Martin Services, Inc.,**

***Intervenor*.**

**ORDER**

On January 12, 2007, the parties filed a Joint Status Report apprizing the Court that significant progress had been made in settlement negotiations. The parties also requested that the Court continue to stay proceedings in this matter while the parties engage in further settlement discussions. Accordingly, the proceedings in this matter are **STAYED** until **Friday, February 2, 2007**.

Further, the parties shall file a joint status report with the Court by **Friday, February 2, 2007**, informing the Court of their progress in settlement discussions and how they wish to proceed in this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**