IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-607C |
| v. | ) | |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's February 2, 2007 order, the parties respectfully file this Joint Status Report to apprise the Court of the status of the settlement negotiations.

The parties continue to make significant progress towards settling this case and expect to finalize a settlement in the near future. Because of the multiplicity of contractual and operational details that must be resolved, the settlement has not been finalized as yet, notwithstanding the good faith efforts of the parties. Accordingly, we respectfully request that the Court continue the stay earlier entered in this case and further propose that the parties file a status report with the Court by March 9, 2007, informing it of the progress of the discussions, unless either of the parties determines that events merit an earlier status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: February 23, 2007