IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-607C |
| v. | ) | |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 1, 2007 order, the parties respectfully file this Joint Status Report to apprise the Court of the status of the settlement negotiations.

The parties are pleased to inform the Court that they have come to tentative agreement upon the terms of a settlement. Those terms have not yet, however, been considered or approved by the appropriate authorities at the Department of the Army and the Department of Justice. Counsel for the Government has begun the process of seeking such approval, but cannot yet estimate when the appropriate authorities will make their determinations.

Accordingly, we respectfully request that the Court continue the stay this case, pending the determination by the settlement approval authority. If the proposal is approved, the parties will inform the Court after they sign a settlement agreement and will ultimately file a stipulation of dismissal; if the proposed settlement is disapproved, we will immediately file a status report so informing the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI & KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

Attorneys for Defendant

Dated: March 9, 2007