IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-607C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 13, 2007 order, the parties respectfully file this Joint Status Report to apprise the Court of the status of the settlement negotiations.

The settlement approval authority at the Department of Justice recently approved the proposed settlement and the parties anticipate signing a settlement agreement within the next few days. We expect that the Government will be able to fully comply with the terms of the agreement before the end of this month and that a joint stipulation of dismissal will follow shortly thereafter.

Accordingly, we respectfully request a continuance of the stay in this case until the parties file a joint stipulation of dismissal or events otherwise merit the filing of a status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

Attorneys for Defendant

Dated: April 13, 2007