IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-607C<br><br>(Judge Block) |

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ William W. Thompson, Jr.
William W. Thompson, Jr.
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Of Counsel:

Michael A. Branca
Lori Ann Lange
PECKAR, ABRAMSON, BASTIANELLI &
KELLEY, LLP

Counsel for Northrop Grumman Information Technology, Inc.

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

Dated: April 25, 2007